## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

LOUIS BILLA,

               Petitioner

          v.

PHILADELPHIA CLERK OF COURTS,

               Respondent

: No. 80 EAL 2015
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.